IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                    CASE NO. 4:17-CR-00324-BSM-1

DONETRIA SHALAINE YANCY                                                              DEFENDANT

# ORDER

Donetria Yancy's motions for compassionate release [Doc. No. 276] and reconsideration [Doc. No. 278] are denied without prejudice. There is no jurisdiction over her motion for compassionate release because she has failed to exhaust her administrative remedies. *United States v. Smith*, 2020 WL 2487277, at *5 (E.D. Ark. May 14, 2020).

Jurisdiction will attach when Yancy exhausts all administrative rights to appeal the failure of the BOP to bring a motion on her behalf, or thirty days have passed from the receipt of such a request by the warden of her facility, whichever is earlier. 18 U.S.C. § 3582(c)(1)(A).

IT IS SO ORDERED this 5th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE